GEORGE L. WHITMAN et al., Respondents, *v.* ABEL HORTON, Appellant.

(Argued December 6, 1883 ; decided January 15, 1884.)

*N. A. Halbert* for appellant.

*Henry Stanton* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

GEORGE W. WELD et al., Respondents, *v.* BERNARD REILLY, Sheriff, etc., Appellant.

(Argued December 7, 1883 : decided January 15, 1884.)

*Thomas G. Shearman* for appellant.

*Edward M. Shepard* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.